ACCEPTED
01-15-00142-cr
FIRST COURT OF APPEALS
HOUSTON, TEXAS
8/19/2015 10:49:34 AM
CHRISTOPHER PRINE
CLERK

NO. 01-15-00142-CR

**IN THE COURT OF APPEALS**
**FOR THE FIRST DISTRICT**
**HOUSTON, TEXAS**

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
8/19/2015 10:49:34 AM
CHRISTOPHER A. PRINE
Clerk

| | | |
|---|---|---|
| **WILLIE FELDER** | § | **APPELLANT** |
| | § | |
| **VS.** | § | |
| | § | |
| **THE STATE OF TEXAS** | § | **APPELLEE** |

**APPEAL IN CAUSE NO. 1172613**
**IN THE 185TH JUDICIAL DISTRICT COURT**
**OF HARRIS COUNTY, TEXAS**

**APPELLANT'S MOTION TO DISMISS THE APPEAL**

**TO THE HONORABLE JUSTICES OF SAID COURT:**

NOW COMES, WILLIE FELDER, Appellant in the above entitled and numbered cause, by and through his attorney of record, Stanley G. Schneider, and moves this Court to dismiss his appeal. In support thereof, he would shows the Court as follows:

Appellant has decided not to proceed with the appeal.

WHEREFORE, PREMISES CONSIDERED, Appellant requests that this court dismiss the instant appeal.

1

Respectfully submitted,

SCHNEIDER & McKINNEY, P.C.

/s/ Stanley G. Schneider
Stanley G. Schneider
T.B.C. No. 17790500
440 Louisiana
Suite 800
Houston, Texas 77002
Office: 713-951-9994
Fax 713-224-6008
EMAIL: stans3112@aol.com

ATTORNEY FOR APPELLANT

APPROVED:

WILLIE FELDER

2

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the attached and foregoing Motion to Dismiss Appeal has been emailed, mailed and/or hand delivered on the Appellate Section of the Harris County District Attorney's Office, 1201 Franklin, Houston, Texas 77002 on this the 19th day of August, 2015.

/s/ Stanley G. Schneider
Stanley G. Schneider